**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   6 to 9 Dental Texas, PLLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   27 – 5384348

4. **Debtor's address**

   **Principal place of business**
   
   2603 SE Military Dr. #103  
   Number   Street
   
   _____
   
   San Antonio     TX     78223  
   City            State  ZIP Code
   
   Bexar  
   County

   **Mailing address, if different from principal place of business**
   
   Number   Street
   
   P.O. Box
   
   City       State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   
   Number   Street
   
   _____
   
   City       State    ZIP Code

5. **Debtor's website (URL)**   _____

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

Debtor  **6 to 9 Dental Texas, PLLC** _____  Case number (if known) _____

7. **Describe debtor's business**

    A. Check one:

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. Check all that apply:

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    _6_ _2_ _1_ _2_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    Check one:

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11.  Check all that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor **6 to 9 Dental Texas, PLLC**     Case number (if known) _____

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes. District _____ When ___/___/___ (MM/DD/YYYY) Case number _____
    District _____ When ___/___/___ (MM/DD/YYYY) Case number _____
    District _____ When ___/___/___ (MM/DD/YYYY) Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes. Debtor **6 to 9 Dental, PLLC**    Relationship **Affiliate**
    District **Western District of Texas**    When ___/___/___ (MM/DD/YYYY)
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When ___/___/___ (MM/DD/YYYY)
    Case number, if known _____

11. Why is the case filed in this district?

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number  Street
    _____
    _____
    City     State     ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **6 to 9 Dental Texas, PLLC** _____ Case number (if known) _____

## Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    Check one:
    - [x] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
    - [ ] 1-49
    - [x] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated assets**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **08/29/2023**
    MM / DD / YYYY

    X **/s/ Virginia Humphrey** _____
    Signature of authorized representative of debtor

    **Virginia Humphrey**
    Printed name

    **Manager**
    Title

Debtor __6 to 9 Dental Texas, PLLC__    Case number (if known) _____

18. Signature of attorney

X __/s/ Jason Binford__
Signature of attorney for debtor

Date __08/29/2023__
MM / DD / YYYY

__Jason Binford__
Printed name

__Ross, Smith & Binford, PC__
Firm name

__2003 N. Lamar Blvd.__
Number        Street

__Suite 100__

__Austin__                                    __TX__         __78705__
City                                              State          ZIP Code

__(512) 351-4778__                    __jason.binford@rsbfirm.com__
Contact phone                           Email address

__24045499__                              __TX__
Bar number                                State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

UNANIMOUS WRITTEN CONSENT IN LIEU OF MEETING
OF BOARD OF MANAGERS FOR AND MEMBERS OF

6 TO 9 DENTAL TEXAS, PLLC

August 25, 2023

The undersigned, being the sole member and sole manager of 6 to 9 Dental Texas, PLLC (referred to as the "Company"), a Texas professional limited liability company, does hereby consent in writing to ratify, approve, and adopt the following actions in accordance with Article VII, Section 7.8 and Article X, Section 10.6 of the Company Agreement of the Company:

RESOLVED, that it is desirable and in the best interest of the Company, its creditors, and other interested parties for the Company to file a petition for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in such form and at such time as Company sole member and manager Dr. Virginia Humphrey ("Dr. Humphrey") shall determine (such bankruptcy case, the "Chapter 11 Case");

RESOLVED FURTHER, in furtherance of such a filing, the Company shall seek the employment and retention of bankruptcy counsel and other professionals in the Chapter 11 Case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, may execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of such professionals;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by Dr. Humphrey or any of the Company's professionals to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and

RESOLVED FURTHER, that any and all actions of Dr. Humphrey or any of the Company's professionals taken prior to the date hereof (a) to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (b) that represent the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

EXECUTED as of the above date.

_(signed)_

_____
Dr. Virginia Humphrey, Sole Member and Manager

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| 6 TO 9 DENTAL TEXAS, PLLC, | § § § | Subchapter V |
| | § | Case No. 23-_____ |
| Debtor. | § § § | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, debtor 6 to 9 Dental Texas, PLLC (the "Debtor") provides the following list of holders of equity securities of the Debtor:

| Holder Name and Last Known Address or Place of Business | Type of Interest | Percentage of Interest |
|---|---|---|
| Dr. Virginia Humphrey, DDS<br>2603 SE Military Dr # 103<br>San Antonio, Texas 78223 | Member | 100% |

I, Virginia Humphrey, II, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: August 29, 2023

_____
Dr. Virginia Humphrey, DDS
Manager