## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| 6 TO 9 DENTAL TEXAS, PLLC, | § § | Subchapter V |
| | § § | Case No. 23- |
| Debtor. | § § | |

### STATEMENT IN ACCORDANCE WITH 11 U.S.C. § 1116(1)(B)

Pursuant to § 1116(1)(B) of the Bankruptcy Code, debtor 6 to 9 Dental Texas, PLLC (the "Debtor") hereby represents that, to the best of the recollection of the below-signed manager of the Debtor, the Debtor has not prepared a Statement of Operations or a Cash-Flow Statement.

I, Virginia Humphrey, II, Manager, declare under penalty of perjury that the above statement is true and correct to the best of my information and belief.

Dated: August 29, 2023

_____
Virginia Humphrey, II
Manager