**EXHIBIT A TO THE WAGES MOTION**

**PREPETITION COMPENSATION**

## SUPPLEMENTAL EXHIBIT A

**Prepetition Compensation**

| Compensation Type | No. of Workers | Amount |
|---|---|---|
| September 1, 2023 Payroll[1] | | |
| Hourly Wages (Covering period of August 12th through August 25th) | 10 | $7,661.65 |
| Salary (Covering period of August 15th through August 25th) | 1 | $3,713.16 |
| Commission[2] (Covering period of August 7th through August 20th) | 3[3] | $16,401.60 |
| September 15, 2023 Payroll[4] | | |
| Hourly Wages (Covering period of August 26th through August 29th) | 10 | $2,481.00 |
| Salary (Covering period of August 26th through August 29th) | 1 | $1,318.68 |
| Commission (Covering period of August 21th through August 29th) | 5 | $11,000.00 |
| Additional Outstanding Payroll Amounts/Benefit Accrual | | |
| Undeposited Checks | — | Up to $15,000 (total)[5] |
| Vacation Hours | 2 | Up to 75 hours (total)[6] |
| Previous Withholdings | — | $4,839.42[7] |

---

[1] The amounts indicated for these pay periods do not include amounts withheld on account of tax and similar withholding obligations.

[2] Both "Commission" amounts provided are estimates, as exact amounts are calculated and adjusted based on amounts received and related expenses. This category includes the dentists that work for the practices, including both as "1099" and "W-2" Workers.

[3] During this period, three dentists (each of those paid as "1099" Workers) did not perform services for the Debtors.

[4] The amounts indicated for these pay periods are "gross" and still contain amounts to be withheld in accordance with the Debtors' and Workers' withholding obligations.

[5] This includes replacement of at least one undeposited pre-petition check from the previous pay period for one Worker in the amount of $6,740.28.

[6] Two employees have limited accrued vacation. Vacation hours are not paid out, but the Debtors request that these hours be available for those employees' use post-petition.

[7] In addition to the typical withholdings to be paid in connection with the September 1st and 15th payroll payments, this limited amount of withholdings still needs to be turned over to the appropriate governmental and taxing authorities.