# EXHIBIT A

**6 to 9 Dental Texas, PLLC**
Plan Projections

|  | Projected 2024 | Projected 2025 | Projected 2026 | Projected 2027 | Projected 2028 |
|---|---:|---:|---:|---:|---:|
| # of Patients | 4,120 | 4,120 | 4,120 | 4,120 | 4,120 |
| Avg Prod/Patient | 550 | 565 | 580 | 595 | 610 |
| **Total Production** | **2,266,000** | **2,327,800** | **2,389,600** | **2,451,400** | **2,513,200** |
| Discounts/Uncollectible | 87.5% | 87.5% | 87.5% | 87.5% | 87.5% |
| **Total Collected Revenue** | **1,982,750** | **2,036,825** | **2,090,900** | **2,144,975** | **2,199,050** |
| Payroll & Commissions | (1,343,961) | (1,382,426) | (1,421,488) | (1,461,166) | (1,501,479) |
| Temp Labor | (15,000) | (15,450) | (15,914) | (16,391) | (16,883) |
| Dental Lab & Supplies | (135,960) | (139,668) | (143,376) | (147,084) | (150,792) |
| Rent | (90,882) | (92,647) | (94,412) | (96,176) | (97,059) |
| Utilities | (12,350) | (12,721) | (13,102) | (13,495) | (13,900) |
| Merchant Processing Charges | (19,828) | (20,368) | (20,909) | (21,450) | (21,991) |
| Repairs & Maintenance | (6,000) | (6,180) | (6,365) | (6,556) | (6,753) |
| Marketing and Advertising | (9,000) | (9,270) | (9,548) | (9,835) | (10,130) |
| Information Technology | (9,000) | (9,270) | (9,548) | (9,835) | (10,130) |
| Other SG&A | (15,000) | (15,450) | (15,914) | (16,391) | (16,883) |
| Insurance | (18,000) | (18,540) | (19,096) | (19,669) | (20,259) |
| Taxes | (9,608) | (9,608) | (9,608) | (9,608) | (9,608) |
| Professional Fees | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) |
| **Total Expenses** | **(1,690,589)** | **(1,737,597)** | **(1,785,280)** | **(1,833,656)** | **(1,881,865)** |
| **Net Operating Profit** | **292,161** | **299,228** | **305,620** | **311,319** | **317,185** |
| Secured Debt | (298,036) | (298,036) | (298,036) | (298,036) | (298,036) |
| Chapter 11 Administrative Expenses | (55,000) | - | - | - | - |
| Capital Expenditures | (6,000) | (6,000) | (6,000) | (6,000) | (6,000) |
| **Projected Disposable Income** | **(66,875)** | **(4,809)** | **1,584** | **7,283** | **13,149** |