

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 06, 2024.**

_____
CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: | § | Chapter 11 (Subchapter V) |
|---|---|---|
| | § | |
| 6 TO 9 DENTAL TEXAS, PLLC | § | Lead Case No. 23-51139-CAG |
| 6 TO 9 DENTAL, PLLC | § | Second Case No. 23-51140-CAG |
| | § | (Jointly Administered under 23- |
| Jointly Administered Debtors. | § | 51139-CAG) |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF HMP ADVISORY HOLDINGS, LLC, DBA HARNEY PARTNERS FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE DEBTORS**

This matter came before the Court on the first and final application (the "*Fee Application*") of HMP Advisory Holdings, LLC dba Harney Partners ("*Harney*"), for final approval of compensation and reimbursement of expenses for the period beginning September 7, 2023, and ending February 15, 2024, (the "*Application Period*") as financial advisors to the debtors in the above-captioned chapter 11 proceedings (the "*Debtors*"); the Court having reviewed the Fee Application and heard the statements of counsel at a hearing, if any;

The Court finding that: (a) the amounts requested in the Fee Application are reasonable; (b) the services rendered and expenses incurred by Harney, as described in the Fee Application, were actual and necessary to the administration of, and actually benefited, the Debtors' bankruptcy estates; (c) due and adequate notice of the Fee Application and the hearing, if any, was provided; and (d) the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Fee Application and at the Hearing establish just cause for the relief sought by Harney;

**It is Hereby Ordered:**

1. The Application is granted as set forth in this Order.

2. The Court allows Harney on a final basis, compensation totaling $21,915.00 and reimbursement of expenses totaling $135.02 as an administrative expense of the Debtors' estates under §§ 503(b) and 507(a)(1) of the Bankruptcy Code.

3. Upon entry of this Order, the Debtors and any successor in interest to the Debtors are authorized to pay to Harney the sum of $22,050.02 in fees and expenses, which $3,000.00 is authorized to come from the post-petition retainer held by Harney, which was paid by a non-debtor, subject in all respects to pending orders of this Court.

4. This is a Final Order.

###

Order submitted by:

ROSS, SMITH & BINFORD, PC

By: /s/ *Jason Binford*

Jason Binford
State Bar No. 24045499
2003 N. Lamar Blvd., Suite 100
Austin, TX 78705
512-351-4778 (Tel)
214-377-9409 (Fax)
Jason.Binford@rsbfirm.com

ATTORNEY FOR DEBTORS